| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | **Debtor's name** | **Foremost Splicing and Cutover, LLC** | |
| --- | --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1619269** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **7689 County Road 462** **Birch Tree, MO 65438** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Shannon** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.foremost-splicing.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Foremost Splicing and Cutover, LLC**                                      Case number (*if known*) _____
      Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ___2371___

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

---

Debtor    **Foremost Splicing and Cutover, LLC**                                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☐ (filled) Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

**█ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ (filled) Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ (filled) 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ (filled) $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ (filled) $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Foremost Splicing and Cutover, LLC**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  7, 2024**
MM / DD / YYYY

**X** /s/ Dawnna Johnson
Signature of authorized representative of debtor

**Dawnna Johnson**
Printed name

Title   **President/Sole Member**

**18. Signature of attorney**

**X** /s/ David M. Dare
Signature of attorney for debtor

Date **May  7, 2024**
MM / DD / YYYY

**David M. Dare 35965**
Printed name

**Herren, Dare & Streett**
Firm name

**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**
Number, Street, City, State & ZIP Code

Contact phone   **314-965-3373**      Email address   **hdsstl@hdsstl.com**

**35965 MO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Foremost Splicing and Cutover, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 7, 2024**         X */s/ Dawnna Johnson*
                                        Signature of individual signing on behalf of debtor

                                        **Dawnna Johnson**
                                        Printed name

                                        **President/Sole Member**
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Foremost Splicing and Cutover, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | **2020 Ford F550** | | **$72,117.30** | **$60,000.00** | **$12,117.30** |
| **Byline Financial Group/Star Financial 2801 Lakeside Drive Suite 212 Deerfield, IL 60015** | | **2017 Bobcat Mini Excavator and 2018 Bobcat E26 Excavator** | | **$85,762.87** | **$60,000.00** | **$25,762.87** |
| **Chase Ink PO Box 15298 Wilmington, DE 19850** | | **Credit Card** | | | | **$14,291.38** |
| **Citizens Bank 1700 Kirk Road Suite 100 Little Rock, AR 72223** | | **2016 Ditch With** | | **$90,000.00** | **$70,000.00** | **$20,000.00** |
| **Global Rentals 33 Inverness Center PKWY Suite 250 Birmingham, AL 35242** | | | **Disputed** | | | **$21,094.04** |
| **Herc Rentals 27500 Riverview Center Blvd. Suite 100 Bonita Springs, FL 34134** | | | **Disputed** | | | **$23,533.09** |
| **Leaf Capital Funding Oakmont Capital Services PO Box 5066 Hartford, CT 06102** | | **2015 Ford F550** | | **$68,134.00** | **$60,000.00** | **$8,134.00** |

Debtor **Foremost Splicing and Cutover, LLC**                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Leaf Capital Funding Oakmont Capital Services PO Box 5066 Hartford, CT 06102 | | 2022 Utiliquip Reel Trailer | | $12,200.00 | $6,000.00 | $6,200.00 |
| Mirk Incorp. 8069 Chippewa Road Orrville, OH 44667 | | Lease | Subject to Setoff | | | $50,410.34 |
| Mulligan Funding 4715 Viewridge Ave Suite 100 San Diego, CA 92123 | | | Disputed | $340,967.98 | $138,328.00 | $202,639.98 |
| North Mill Equipment 601 Merrit 7, Suite 5 Norwalk, CT 06851 | | 2018 Vermeer, 2023 Big Tex Dump Trailer, 2014 Vermeer Vac, 2022 Mud Mixer System and 2023 Vermeer F2 | | $326,461.58 | $302,500.00 | $23,961.58 |
| Oakmont Capital Services 600 Willowbrook Lane Suite 601 West Chester, PA 19382 | | 2023 Heavy Haul, 2020 Vermeer 23X30 Drill, Mud Mixing System and Locating Package. | | $270,200.00 | $188,000.00 | $82,200.00 |
| Oakmont Capital Services 600 Willowbrook Lane Suite 601 West Chester, PA 19382 | | 2022 Utiliquip Reel Trailer | | $13,874.00 | $6,000.00 | $7,874.00 |
| Oakmont Capital Services 600 Willowbrook Lane Suite 601 West Chester, PA 19382 | | 2022 Cargo Craft | | $13,215.00 | $6,750.00 | $6,465.00 |
| Oakmont Capital Services 600 Willowbrook Lane Suite 601 West Chester, PA 19382 | | 2016 Ford F550 w/ Cable Placer | | $88,400.00 | $70,000.00 | $18,400.00 |

| Debtor | **Foremost Splicing and Cutover, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oakmont Capital Services**<br>**600 Willowbrook Lane**<br>**Suite 601**<br>**West Chester, PA 19382** | | **2022 Cargo Craft** | | **$23,400.00** | **$6,750.00** | **$16,650.00** |
| **Oakmont Capital Services**<br>**600 Willowbrook Lane**<br>**Suite 601**<br>**West Chester, PA 19382** | | **2011 Ford F550** | | **$40,000.00** | **$25,000.00** | **$15,000.00** |
| **Select Funding Financial Pacific Leasing**<br>**3455 S. 344th Way, #300**<br>**Auburn, WA 98001** | | **2023 Big Tex Dump Trailer, 2023 Mud mixing System and Falcon Locating Package.** | | **$52,000.00** | **$23,000.00** | **$29,000.00** |
| **Westwood Funding Solutions**<br>**4601 Sheridan St., Ste. 501**<br>**Hollywood, FL 33021** | | | | **$142,800.00** | **$0.00** | **$142,800.00** |

**Fill in this information to identify the case:**

Debtor name      **Foremost Splicing and Cutover, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................   $ _____ 1,663,478.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................   $ _____ 1,663,478.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 2,311,610.25

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ _____ 119,997.71

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b

| $ | 2,431,607.96 |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **Foremost Splicing and Cutover, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **J.P. Morgan Chase Bank** | **Checking** | **9650** | **$50,000.00** |
| 3.2. **Bank of America** | **Business Reserve** | **5634** | **$600.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$50,600.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

Debtor   **Foremost Splicing and Cutover, LLC**
Name

Case number *(If known)* _____

| 11a. 90 days old or less: | 380,301.00 | - | 0.00 | =.... | $380,301.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 150,000.00 | - | 150,000.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $380,301.00 |
|---|

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** Office Furniture | $0.00 | | $1,000.00 |

40.      **Office fixtures**

41.      **Office equipment, including all computer equipment and communication systems equipment and software**

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $1,000.00 |
|---|

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐True Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2011 Ford F550** | **$0.00** | | **$25,000.00** |
| 47.2.   **2022 Cargo Craft** | **$0.00** | | **$6,750.00** |
| 47.3.   **2022 Cargo Craft** | **$0.00** | | **$6,750.00** |
| 47.4.   **2015 Ford F550** | **$0.00** | | **$60,000.00** |
| 47.5.   **2022 Cargo Craft** | **$0.00** | | **$6,750.00** |
| 47.6.   **2022 Utiliquip Reel Trailer** | **$0.00** | | **$6,000.00** |
| 47.7.   **2023 Chevy 3500** | **$0.00** | | **$93,000.00** |
| 47.8.   **2020 Ford F550** | **$0.00** | | **$60,000.00** |
| 47.9.   **2021 Ford F350** | **$0.00** | | **$60,000.00** |
| 47.10.   **2017 Bobcat Mini Excavator** | **$0.00** | | **$28,000.00** |
| 47.11.   **2018 Bobcat E26 Excavator** | **$0.00** | | **$32,000.00** |
| 47.12.   **2021 Cargo Craft Trailer** | **$0.00** | N/A | **$8,000.00** |
| 47.13.   **2021 Cargo Craft Trailer** | **$0.00** | | **$8,000.00** |
| 47.14.   **2023 Big Tex Dump Trailer** | **$0.00** | | **$7,000.00** |

| Debtor | **Foremost Splicing and Cutover, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 47.15. | 2023 Mud Mixing System | $0.00 | | $9,000.00 |
|---|---|---|---|---|
| 47.16. | 2016 Ditch With | $0.00 | | $70,000.00 |
| 47.17. | 2018 Vermeer Drill | $0.00 | | $190,000.00 |
| 47.18. | 2023 Big Tex Dump Trailer | $0.00 | | $7,500.00 |
| 47.19. | 2014 Vermeer Vac | $0.00 | | $90,000.00 |
| 47.20. | 2022 Mud Mix System | $0.00 | | $8,000.00 |
| 47.21. | 2023 Vermeer F2 | $0.00 | | $7,000.00 |
| 47.22. | 2013 Int. 4300 Bucket Truck | $0.00 | | $65,000.00 |
| 47.23. | GMP Lasher 2022 Sumi Q102-M12 | $0.00 | | $5,000.00 |
| 47.24. | 2016 Ford F550 w/ Cable Placer | $0.00 | | $70,000.00 |
| 47.25. | 2022 Utiliquip Reel Trailer | $0.00 | | $6,000.00 |
| 47.26. | 2023 Heavy Haul Trailer | $0.00 | | $6,500.00 |
| 47.27. | 2020 Vermeer 23x30 Drill | $0.00 | | $160,000.00 |
| 47.28. | Sumitomo Q102-M12 | $0.00 | | $7,000.00 |
| 47.29. | 2021 Cargo Craft Trailer | $0.00 | | $5,000.00 |
| 47.30. | F2 Falcom Locating Package | $0.00 | | $7,000.00 |
| 47.31. | 2022 Sumitone Splicer | $0.00 | | $7,000.00 |

| Debtor | **Foremost Splicing and Cutover, LLC** | | Case number *(If known)* | |
|--------|----------------------------------------|--|--------------------------|--|
| | Name | | | |

| | | | |
|--|--|--|--|
| 47.32. | **Mud System** | $0.00 | $20,000.00 |
| 47.33. | **Locating Package** | $0.00 | $8,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|--|--|--|--|
| **Inno View 5 Fusion Splicer** | $0.00 | | $2,000.00 |
| **Fujikura 90S Fusion Splicer** | $0.00 | | $4,000.00 |
| **Fujikura 90S Fusion Splicer** | $0.00 | | $4,500.00 |
| **Fujikura 90R Fusion Splicer** | $0.00 | | $5,000.00 |
| **Misc. Tools and Testing Equipment** | $0.00 | | $3,000.00 |
| **Misc. Hand Tools** | $0.00 | | $3,000.00 |
| **Utility Locator** | $0.00 | | $5,000.00 |
| **Pole Climbing Gear** | $0.00 | | $19,000.00 |
| **Safety Gear** | $0.00 | | $5,220.00 |
| **Tools** | $0.00 | | $6,407.00 |
| **Aerial Specific Tools** | $0.00 | | $19,200.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | |
    |--|
    | $1,231,577.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☑ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

Debtor    **Foremost Splicing and Cutover, LLC**
Name
Case number *(If known)* _____

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Foremost Splicing and Cutover, LLC v. Ycom** | | **Unknown** |
| --- | --- | --- |
| Nature of claim | **Unpaid Invoices** | |
| Amount requested | **$150,000.00** | |

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
| --- |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Foremost Splicing and Cutover, LLC**                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50,600.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $380,301.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,231,577.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,663,478.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,663,478.00 |

**Fill in this information to identify the case:**

Debtor name    **Foremost Splicing and Cutover, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1  Ally Financial** | | |
|---|---|---|
| Creditor's Name | | |

Describe debtor's property that is subject to a lien
**2020 Ford F550**                                    **$72,117.30**        **$60,000.00**

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien
**Purchase Money Security Interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2023**
Last 4 digits of account number
**3925**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2  Ally Financial** | | |
|---|---|---|
| Creditor's Name | | |

Describe debtor's property that is subject to a lien
**2021 Ford F350**                                    **$64,604.52**        **$60,000.00**

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien
**Purchase Money Security Interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2023**
Last 4 digits of account number
**8265**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Foremost Splicing and Cutover, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | **Amur** | Describe debtor's property that is subject to a lien | $6,200.00 | $13,000.00 |

Creditor's Name

**PO Box 2555**
**Grand Island, NE 68801**

**2021 Cargo Craft Trailer 8846 and 2021 Cargo Craft Trailer 8947**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security Interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**

[✔] No
[ ] Yes

**Date debt was incurred**
**2020**

**Is anyone else liable on this claim?**

[ ] No
[✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1261**

**Do multiple creditors have an interest in the same property?**

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.4 | **Byline Financial Group/Star Financial** | Describe debtor's property that is subject to a lien | $85,762.87 | $60,000.00 |

Creditor's Name

**2801 Lakeside Drive**
**Suite 212**
**Deerfield, IL 60015**

**2017 Bobcat Mini Excavator and 2018 Bobcat E26 Excavator**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security Interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**

[✔] No
[ ] Yes

**Date debt was incurred**
**2023**

**Is anyone else liable on this claim?**

[ ] No
[✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0800**

**Do multiple creditors have an interest in the same property?**

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.5 | **Citizens Bank** | Describe debtor's property that is subject to a lien | $90,000.00 | $70,000.00 |

Creditor's Name

**1700 Kirk Road**
**Suite 100**
**Little Rock, AR 72223**

**2016 Ditch With**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security Interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**

[✔] No
[ ] Yes

**Date debt was incurred**
**2023**

**Is anyone else liable on this claim?**

[ ] No
[✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2273**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 | **Keystone Equipment Finance** | Describe debtor's property that is subject to a lien | **$50,000.00** | **$65,000.00** |
|---|---|---|---|---|

Creditor's Name

**433 New Park Ave.
West Hartford, CT
06110-1141**

Creditor's mailing address

**2013 Int. 4300 Bucket Truck**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7 | **Leaf Capital Funding** | Describe debtor's property that is subject to a lien | **$9,000.00** | **$6,750.00** |
|---|---|---|---|---|

Creditor's Name

**Oakmont Capital Services
PO Box 5066
Hartford, CT 06102**

Creditor's mailing address

**2022 Cargo Craft**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**0470**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **Leaf Capital Funding** | Describe debtor's property that is subject to a lien | **$68,134.00** | **$60,000.00** |
|---|---|---|---|---|

Creditor's Name

**Oakmont Capital Services
PO Box 5066
Hartford, CT 06102**

Creditor's mailing address

**2015 Ford F550**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No

**Date debt was incurred**

---

| Debtor | **Foremost Splicing and Cutover, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2022**
Last 4 digits of account number
**5814**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Leaf Capital Funding** | Describe debtor's property that is subject to a lien | $12,200.00 | $6,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Utiliquip Reel Trailer** | | |

**Oakmont Capital Services
PO Box 5066
Hartford, CT 06102**
Creditor's mailing address

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2022**
Last 4 digits of account number
**7073**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Mitsubishi HC Capital America** | Describe debtor's property that is subject to a lien | $93,000.00 | $93,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Chevy 3500** | | |

**800 Connecticut Avenue
Norwalk, CT 06854**
Creditor's mailing address

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2023**
Last 4 digits of account number
**5743**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Mulligan Funding** | Describe debtor's property that is subject to a lien | $340,967.98 | $138,328.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**4715 Viewridge Ave
Suite 100
San Diego, CA 92123**
Creditor's mailing address

Describe the lien

---

Debtor  **Foremost Splicing and Cutover, LLC**                                    Case number (if known) _____
_____Name_____

**2nd lien on equipment, inventory and accounts**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**3002**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 2 | **North Mill Equipment** | **Describe debtor's property that is subject to a lien** | $326,461.58 | $302,500.00 |
|---|---|---|---|---|

Creditor's Name

**601 Merrit 7, Suite 5
Norwalk, CT 06851**

Creditor's mailing address

**2018 Vermeer, 2023 Big Tex Dump Trailer, 2014 Vermeer Vac, 2022 Mud Mixer System and 2023 Vermeer F2**
_____

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**8997**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Oakmont Capital Services** | **Describe debtor's property that is subject to a lien** | $40,000.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 Willowbrook Lane
Suite 601
West Chester, PA 19382**

Creditor's mailing address

**2011 Ford F550**
_____

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**7845**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **Foremost Splicing and Cutover, LLC**                                    Case number (if known) _____
           Name

---

**2.1 4**  **Oakmont Capital Services**
          Creditor's Name

          **600 Willowbrook Lane**
          **Suite 601**
          **West Chester, PA 19382**
          Creditor's mailing address

          Creditor's email address, if known

          **Date debt was incurred**
          **2022**
          **Last 4 digits of account number**
          **5231**
          **Do multiple creditors have an**
          **interest in the same property?**
          ☑ No
          ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          **$13,215.00**          **$6,750.00**
**2022 Cargo Craft**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 5**  **Oakmont Capital Services**
          Creditor's Name

          **600 Willowbrook Lane**
          **Suite 601**
          **West Chester, PA 19382**
          Creditor's mailing address

          Creditor's email address, if known

          **Date debt was incurred**
          **2022**
          **Last 4 digits of account number**
          **6496**
          **Do multiple creditors have an**
          **interest in the same property?**
          ☑ No
          ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          **$23,400.00**          **$6,750.00**
**2022 Cargo Craft**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 6**  **Oakmont Capital Services**
          Creditor's Name

          **600 Willowbrook Lane**
          **Suite 601**
          **West Chester, PA 19382**
          Creditor's mailing address

          Creditor's email address, if known

          **Date debt was incurred**
          **2022**
          **Last 4 digits of account number**
          **7650**

Describe debtor's property that is subject to a lien          **$66,500.00**          **$65,000.00**
**2013 Int. 4300 Bucket Truck**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor **Foremost Splicing and Cutover, LLC**                    Case number (*if known*) _____
     Name

**Do multiple creditors have an interest in the same property?**

[✔] No

[ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.17 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $13,873.00 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 Willowbrook Lane**
**Suite 601**
**West Chester, PA 19382**
Creditor's mailing address

**GMP Lasher 2022 Sumi Q102-M12**

Describe the lien
**Purchase Money Security Interest**

Is the creditor an insider or related party?

[✔] No
[ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?

[ ] No
[✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**7790**

**Do multiple creditors have an interest in the same property?**

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.18 | **Hanmi Bank/Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $88,400.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2149**
**Gig Harbor, WA 98335**
Creditor's mailing address

**2016 Ford F550 w/ Cable Placer**

Describe the lien
**Purchase Money Security Interest**

Is the creditor an insider or related party?

[✔] No
[ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?

[ ] No
[✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**9032**

**Do multiple creditors have an interest in the same property?**

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.19 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $13,874.00 | $6,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 Willowbrook Lane**
**Suite 601**
**West Chester, PA 19382**
Creditor's mailing address

**2022 Utiliquip Reel Trailer**

Describe the lien
**Purchase Money Security Interest**

---

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2022
**Last 4 digits of account number**
9241

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**

**Oakmont Capital Services**
Creditor's Name

**600 Willowbrook Lane**
**Suite 601**
**West Chester, PA 19382**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2023
**Last 4 digits of account number**
1915

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Heavy Haul, 2020 Vermeer 23X30 Drill, Mud Mixing System and Locating Package.**

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$270,200.00    $188,000.00

---

**2.21**

**Select Funding**
Creditor's Name

**Financial Pacific Leasing**
**3455 S. 344th Way, #300**
**Auburn, WA 98001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2023
**Last 4 digits of account number**
3301

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Big Tex Dump Trailer, 2023 Mud mixing System and Falcon Locating Package.**

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$52,000.00    $23,000.00

---

| Debtor | **Foremost Splicing and Cutover, LLC** | | Case number *(if known)* | |
| | Name | | | |

| 2.2 2 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $368,900.00 | $368,900.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 3918
Portland, OR 97208-3918

Creditor's mailing address

**SBA Loan**

**Describe the lien**

**1st priority lien on all equipment, inventory, accounts, etc.**

**Is the creditor an insider or related party?**

[✓] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

[ ] No
[✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**7808**

**Do multiple creditors have an interest in the same property?**

[ ] No
[✓] Yes. Specify each creditor, including this creditor and its relative priority.
Mulligan Funding 2nd Priority, Westwood Funding- 3rd Priority

**As of the petition filing date, the claim is:**
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

| 2.2 3 | **Westwood Funding Solutions** | Describe debtor's property that is subject to a lien | $142,800.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4601 Sheridan St., Ste. 501
Hollywood, FL 33021**

Creditor's mailing address

**Describe the lien**

**3rd priority lien on all equipment, inventory and accounts.**

**Is the creditor an insider or related party?**

[✓] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

[ ] No
[✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[ ] No
[✓] Yes. Specify each creditor, including this creditor and its relative priority.
SBA- 1st Priority
Mulligan Funding- 2nd Priority

**As of the petition filing date, the claim is:**
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,311,610.25 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

| Fill in this information to identify the case: |
|---|

Debtor name **Foremost Splicing and Cutover, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,673.33 |
|---|---|---|---|
|  | **Anthem BCBS**<br>**PO Box 11792**<br>**Newark, NJ 07101** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number **5803** | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,291.38 |
|---|---|---|---|
|  | **Chase Ink**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred **2023** | Basis for the claim: **Credit Card** |  |
|  | Last 4 digits of account number **7112** | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,094.04 |
|---|---|---|---|
|  | **Global Rentals**<br>**33 Inverness Center PKWY**<br>**Suite 250**<br>**Birmingham, AL 35242** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number **5664** | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,533.09 |
|---|---|---|---|
|  | **Herc Rentals**<br>**27500 Riverview Center Blvd.**<br>**Suite 100**<br>**Bonita Springs, FL 34134** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |  |
|  | Date(s) debt was incurred **2023** | Basis for the claim: _ |  |
|  | Last 4 digits of account number **7189** | Is the claim subject to offset? ■ No ☐ Yes |  |

| Debtor | **Foremost Splicing and Cutover, LLC** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,410.34 |
| --- | --- | --- | --- |
| | **Mirk Incorp.** | ☐ Contingent | |
| | **8069 Chippewa Road** | ☐ Unliquidated | |
| | **Orrville, OH 44667** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
| --- | --- | --- | --- |
| | **Railroad Commission of Texas** | ☐ Contingent | |
| | **1701 N. Congress Ave.** | ☐ Unliquidated | |
| | **PO Box 12967** | ■ Disputed | |
| | **Austin, TX 78711** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **7359** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,995.53 |
| --- | --- | --- | --- |
| | **Wells Fargo** | ☐ Contingent | |
| | **Small Business Lending** | ☐ Unliquidated | |
| | **PO Box 29482** | ☐ Disputed | |
| | **Phoenix, AZ 85038** | | |
| | Date(s) debt was incurred  **2019** | Basis for the claim: _ | |
| | Last 4 digits of account number  **9410** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 119,997.71 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 119,997.71 |

**Fill in this information to identify the case:**

Debtor name **Foremost Splicing and Cutover, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Lease of 2019 Ford F450** | |
| State the term remaining **$57,972.60, 36 months** | **Altec Capital 33 Inverness Center PKWY, Ste 200 Birmingham, AL 35242** |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Lease of 2021 GMC Sierra** | |
| State the term remaining **$31,011.00** | **Dawnna Johnson 7689 County Road 462 Birch Tree, MO 65438** |
| List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **Lease of 2019 Chevy 2500** | |
| State the term remaining **$29,465.26** | **Dawnna Johnson 7689 County Road 462 Birch Tree, MO 65438** |
| List the contract number of any government contract | |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest **Lease of 2016 Ram 2500** | |
| State the term remaining **$9,677.00, 18 months** | **Dawnna Johnson 7689 County Road 462 Birch Tree, MO 65438** |
| List the contract number of any government contract | |

Debtor 1   **Foremost Splicing and Cutover, LLC**                                    Case number (*if known*) _____
  First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2022 Chevy 2500** | |
|---|---|---|---|
| | State the term remaining | **$65,458.00** | |
| | List the contract number of any government contract | | **Dawnna Johnson<br>7689 County Road 462<br>Birch Tree, MO 65438** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2 J2 Lashers and 1 C2 Lasher** | |
|---|---|---|---|
| | State the term remaining | **$20,000- 20 months** | |
| | List the contract number of any government contract | | **Millennium Leasing<br>2121 Hobbs Drive<br>Delavan, WI 53115** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2 OTDR 730C** | |
|---|---|---|---|
| | State the term remaining | **$15,000- 11 months** | |
| | List the contract number of any government contract | | **Millennium Leasing<br>2121 Hobbs Drive<br>Delavan, WI 53115** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2 OTDR Modules** | |
|---|---|---|---|
| | State the term remaining | **$15,000- 12 months** | |
| | List the contract number of any government contract | | **Millennium Leasing<br>2121 Hobbs Drive<br>Delavan, WI 53115** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2 J2 Lashers** | |
|---|---|---|---|
| | State the term remaining | **$12,000- 13 months** | |
| | List the contract number of any government contract | | **Millennium Leasing<br>2121 Hobbs Drive<br>Delavan, WI 53115** |

Debtor 1    **Foremost Splicing and Cutover, LLC**                                    Case number (*if known*) _____
First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest  **Aerial Truck and Trailer- $5, 216.91 monthly** | |
| State the term remaining | **Mirk Incorp.** **8069 Chippewa Road** **Orrville, OH 44667** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___**Foremost Splicing and Cutover, LLC**___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Dawnna Johnson | 7689 County Road 462 Birch Tree, MO 65438 | Ally Financial | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Dawnna Johnson | 7689 County Road 462 Birch Tree, MO 65438 | Ally Financial | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Dawnna Johnson | 7689 County Road 462 Birch Tree, MO 65438 | Amur | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Dawnna Johnson | 7689 County Road 462 Birch Tree, MO 65438 | Citizens Bank | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.5 | Dawnna Johnson | 7689 County Road 462 Birch Tree, MO 65438 | Leaf Capital Funding | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Leaf Capital Funding | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Leaf Capital Funding | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Mitsubishi HC Capital<br>America | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | North Mill Equipment | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital<br>Services | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital<br>Services | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital<br>Services | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital<br>Services | ■ D __2.16__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number *(if known)* | _____ |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital Services | ■ D ___**2.17**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital Services | ■ D ___**2.18**___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital Services | ■ D ___**2.19**___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital Services | ■ D ___**2.20**___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Select Funding | ■ D ___**2.21**___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Byline Financial Group/Star Financial | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | US Small Business Administration | ■ D ___**2.22**___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Keystone Equipment Finance | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number *(if known)* | |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Byline Financial Group/Star Financial | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Keystone Equipment Finance | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | Dawnna Johnson | 7689 County Road 462<br>Birch Tree, MO 65438 | Mulligan Funding | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | Trey Mire | 7689 County Road 462<br>Birch Tree, MO 65438 | Leaf Capital Funding | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | Trey Mire | 7689 County Road 462<br>Birch Tree, MO 65438 | Oakmont Capital Services | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | Trey Mire | 7689 County Road 462<br>Birch Tree, MO 65438 | US Small Business Administration | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | Trey Mire | 7689 County Road 462<br>Birch Tree, MO 65438 | Millennium Leasing | ☐ D ____<br>☐ E/F ____<br>■ G __2.6__ |
| 2.29 | Trey Mire | 7689 County Road 462<br>Birch Tree, MO 65438 | Millennium Leasing | ☐ D ____<br>☐ E/F ____<br>■ G __2.7__ |

Debtor  **Foremost Splicing and Cutover, LLC**                    Case number *(if known)* _____

---

| ■ **Additional Page to List More Codebtors** |
|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.30 | **Trey Mire**<br>**7689 County Road 462**<br>**Birch Tree, MO 65438** | **Millennium Leasing** | ☐ D _____<br>☐ E/F _____<br>■ G __2.8__ |
| 2.31 | **Trey Mire**<br>**7689 County Road 462**<br>**Birch Tree, MO 65438** | **Millennium Leasing** | ☐ D _____<br>☐ E/F _____<br>■ G __2.9__ |

**Fill in this information to identify the case:**

Debtor name  **Foremost Splicing and Cutover, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$946,148.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,800,000.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,672,365.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Foremost Splicing and Cutover, LLC**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Foremost Splicing and Cutover, LLC**          Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **David M. Dare<br>439 South Kirkwood Rd.<br>Saint Louis, MO 63122** | **Retainer** | **3/27/2024** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number *(if known)* | _____ |
|---|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank** | XXXX-3363 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/2023** | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | **Foremost Splicing and Cutover, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dawnna Johnson<br>7689 County Road 462<br>Birch Tree, MO 65438 | Yuma, AZ | 2016 Ram Truck 2500 | $10,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dawnna Johnson<br>7689 County Road 462<br>Birch Tree, MO 65438 | Yuma, AZ | 2022 Chevy 2500 | $60,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dawnna Johnson<br>7689 County Road 462<br>Birch Tree, MO 65438 | Yuma, AZ | 2019 Chevy 2500 | $25,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dawnna Johnson<br>7689 County Road 462<br>Birch Tree, MO 65438 | Yuma, AZ | 2021 GMC Sierra | $25,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dawnna Johnson<br>7689 County Road 462<br>Birch Tree, MO 65438 | Virginia | 2020 Springdale Travel Trailer | $18,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dawnna Johnson<br>7689 County Road 462<br>Birch Tree, MO 65438 | Yuma, AZ | 2023 Riverstone 5th Wheel | $120,000.00 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Foremost Splicing and Cutover, LLC**                                Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Dark Horse CPA** | **2021 to 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Dark Horse** | **2021 to 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.
☐ None

| Name and address |
|---|
| 26d.1.   **Mulligan Funding** |

Debtor    **Foremost Splicing and Cutover, LLC**    Case number *(if known)* _____

| Name and address |
| --- |
| 26d.2.    **Westwood Funding** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Dawnna Johnson | 7689 County Road 462 Birch Tree, MO 65438 | Officer and Managing Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **Foremost Splicing and Cutover, LLC**                                  Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  7, 2024**
_____

**/s/ Dawnna Johnson**                                    **Dawnna Johnson**
_____                    _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President/Sole Member**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Foremost Splicing and Cutover, LLC** _____  Case No. _____

Debtor(s)                                Chapter  **11**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept _____  $ _____

Prior to the filing of this statement I have received _____  $ _____

Balance Due _____  $ _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____  $ _____**35,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____  $ _____**400.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed] **Preparation of appropriate motions and applications.**
**e. Formulation of a plan of reorganization**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  7, 2024** _____          **/s/ David M. Dare**
*Date*                                            **David M. Dare 35965**
                                                  *Signature of Attorney*
                                                  **Herren, Dare & Streett**
                                                  **439 S. Kirkwood Road, Suite 204**
                                                  **St. Louis, MO 63122**
                                                  **314-965-3373  Fax: 314-965-2225**
                                                  **hdsstl@hdsstl.com**
                                                  *Name of law firm*

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Foremost Splicing and Cutover, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May  7, 2024**

Signature  **/s/ Dawnna Johnson**

**Dawnna Johnson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Missouri

In re   **Foremost Splicing and Cutover, LLC**                                                    Case No. _____

_____    Chapter    **11**    _____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __3__ page(s) and is true, correct and complete.

_____
**/s/ Dawnna Johnson**
**Dawnna Johnson**/**President/Sole Member**
Signer/Title

Dated:    **May  7, 2024**    _____

L.F. 2 - 2/2021

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Altec Capital
33 Inverness Center PKWY, Ste 200
Birmingham, AL 35242

Amur
PO Box 2555
Grand Island, NE 68801

Anthem BCBS
PO Box 11792
Newark, NJ 07101

Byline Financial Group/Star Financial
2801 Lakeside Drive
Suite 212
Deerfield, IL 60015

Chase Ink
PO Box 15298
Wilmington, DE 19850

Citizens Bank
1700 Kirk Road
Suite 100
Little Rock, AR 72223

Dawnna Johnson
7689 County Road 462
Birch Tree, MO 65438

Global Rentals
33 Inverness Center PKWY
Suite 250
Birmingham, AL 35242

Herc Rentals
27500 Riverview Center Blvd.
Suite 100
Bonita Springs, FL 34134

Internal Revenue Service
Insolvency 5334 STL
P.O. Box 7346
Philadelphia, PA 19101

Keystone Equipment Finance
433 New Park Ave.
West Hartford, CT 06110-1141

```
Leaf Capital Funding
Oakmont Capital Services
PO Box 5066
Hartford, CT 06102

Millennium Leasing
2121 Hobbs Drive
Delavan, WI 53115

Mirk Incorp.
8069 Chippewa Road
Orrville, OH 44667

Mitsubishi HC Capital America
800 Connecticut Avenue
Norwalk, CT 06854

Mulligan Funding
4715 Viewridge Ave
Suite 100
San Diego, CA 92123

North Mill Equipment
601 Merrit 7, Suite 5
Norwalk, CT 06851

Oakmont Capital Services
600 Willowbrook Lane
Suite 601
West Chester, PA 19382

Railroad Commission of Texas
1701 N. Congress Ave.
PO Box 12967
Austin, TX 78711

Select Funding
Financial Pacific Leasing
3455 S. 344th Way, #300
Auburn, WA 98001

Trey Mire
7689 County Road 462
Birch Tree, MO 65438

US Small Business Administration
PO Box 3918
Portland, OR 97208

Wells Fargo
Small Business Lending
PO Box 29482
Phoenix, AZ 85038
```

```
Westwood Funding Solutions
4601 Sheridan St., Ste. 501
Hollywood, FL 33021
```

# United States Bankruptcy Court
### Eastern District of Missouri

In re    **Foremost Splicing and Cutover, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Foremost Splicing and Cutover, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  7, 2024**

Date

/s/ David M. Dare

**David M. Dare 35965**

Signature of Attorney or Litigant

Counsel for   **Foremost Splicing and Cutover, LLC**

**Herren, Dare & Streett**

**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**
**314-965-3373 Fax:314-965-2225**
**hdsstl@hdsstl.com**